UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                    :

TWG LIMITED, LLC, DBA LOCOL LOVE,    :
                                                    :          23-CV-7798 (JAV)
                Petitioner,       :
                                                    :          <u>ORDER SCHEDULING</u>
      -v-                             :          <u>DEFAULT JUDGMENT</u>
                                                    :               <u>BRIEFING</u>
CKR LAW, LLP,                             :
                                                    :
                Respondent.     :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Respondent in this action appears to be in default. Petitioner shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases, **by February 7, 2025**. Petitioner should familiarize itself with Local Civil Rules 55.1 and 55.2, which, along with Rule 55 of the Federal Rules of Civil Procedure and Appendix A of the Court's Individual Rules and Practices in Civil Cases, govern default judgment motion practice before this Court. Per Local Civil Rule 55.2, a party seeking default judgment must append to the motion a Clerk's Certificate of Default, which may be obtained by following the procedure described in Local Civil Rule 55.1. To be clear: Petitioner must file its **<u>motion</u>** for default judgment, *not* merely its request for a Clerk's Certificate of Default, by the above deadline.

      If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Petitioner shall serve a copy of this Order on Respondent **within two business days from the date of this Order** and shall file proof of such service **within three business days of the**

**date of this Order**.

SO ORDERED.

Dated: January 24, 2025
      New York, New York

                                                JEANNETTE A. VARGAS
                                                United States District Judge