UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                  :
TWG LIMITED, LLC, dba LOCOL LOVE,                                 :
                                                                  :
                                Plaintiff,                        :         23-CV-7798 (JAV)
                                                                  :
                -v-                                               :         ORDER
                                                                  :
CKR LAW, LLP,                                                     :
                                                                  :
                                Defendant.                        :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:


        On February 7, 2025, Plaintiff TWG Limited, LLC dba Locol Love, filed a Motion for

Default Judgment as to CKR Law, LLP (ECF No. 56). Pursuant to this Court's Individual Rules

and Practices in Civil Cases, Section 5(M) and Attachment A, a party seeking a default judgment

must include a memorandum of law as described therein, in support of their Motion for Default

Judgment. Plaintiff shall file the memorandum of law in support of their Motion for Default

Judgment by no later than March 4, 2025.



        SO ORDERED.

Dated: February 18, 2025                        _____
       New York, New York                               JEANNETTE A. VARGAS
                                                         United States District Judge