UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
TWG LIMITED, LLC, *d/b/a Locol Love*,                               :
                                                                    :
                                    Plaintiff,                      :
                                                                    :          23-CV-7798 (JAV)
                    -v-                                             :
                                                                    :               ORDER
CKR LAW, LLP,                                                       :
                                                                    :
                                    Defendant.                      :
                                                                    :
--------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

    As stated on the record during the conference held on May 21, 2025, Plaintiff's Motion

for Default Judgment against CKR Law, LLP is GRANTED.  Plaintiff is awarded $460,000 on

its breach of contract claim.  Pursuant to N.Y. C.P.L.R. § 5004(a), Plaintiff is awarded pre-

judgment interest on this award at the rate of 9% per annum from the date of Defendant's breach,

August 11, 2020, to the date of Judgment.  Furthermore, Plaintiff is awarded an additional

$540.00 for the taxable costs and disbursements it incurred in the prosecution of this action.

    The Clerk of Court is directed to enter judgment in favor of Plaintiff in the amount of

$460,540.00, plus $119,184.24 ($113.56 x 1,754 days) in pre-judgment interest, as well as post-

judgment interest as provided in 28 U.S.C. § 1961(a).  The Clerk of Court is respectfully directed

to close the case and terminate all pending motions.


    SO ORDERED.

Dated: May 30, 2025                              _____
       New York, New York                          JEANNETTE A. VARGAS
                                                    United States District Judge